Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

        Plaintiff,

   vs.

BROADWAY AUTO, INC.; WILLIAM
CLARK MANN, Trustee of the MANN
FAMILY 2005 TRUST dated November 4,
2005; DIANA L. MANN, Trustee of the
MANN FAMILY 2005 TRUST dated
November 4, 2005,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.  3:19-cv-01149-JCS

**STIPULATION FOR DISMISSAL OF
ENTIRE ACTION**

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Broadway Auto, Inc.; William Clark Mann, Trustee of the Mann Family 2005 Trust dated November 4, 2005; and Diana L. Mann, Trustee of the Mann Family 2005 Trust dated November 4, 2005, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 29, 2019          MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
_____
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez


Dated: 10/29/19          LAW OFFICE OF DAVID M. SLOAN


_____
David M. Sloan
Attorneys for Defendants,
Broadway Auto, Inc.; William Clark Mann, Trustee of the Mann Family 2005 Trust dated November 4, 2005; and Diana L. Mann, Trustee of the Mann Family 2005 Trust dated November 4,

Dated: 11/4/19

**IT IS SO ORDERED**

Judge Joseph C. Spero

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/ Tanya E. Moore
_____
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

STIPULATION FOR DISMISSAL OF ENTIRE ACTION